# BEDELL & FORMAN LLP

Michael A. Bedell
212.256.1295
Fax 646.219.7551
mbedell@bedell-forman.com

30 Wall Street, 8th Floor
New York, NY 10005

518 Main Street
Boonton, New Jersey 07005

www.bedell-forman.com

July 6, 2021

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J. 7/7/2021

**Via ECF**
Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *Plost v. Luxury Vacation Home LLC, et al.* – 21-cv-15

Dear Judge Broderick,

      This firm represents Defendants Luxury Vacation Home LLC ("LVH"), LVH Global Inc. ("LVH Global"), Hugh Barton, and Shawn Benesh (collectively, "Defendants") in the above-referenced action. Pursuant to Rule 1.G. of Your Honor's Individual Rules and Practices in Civil Cases, we write on behalf of all parties to request an extension of time for the parties to submit the joint letter (the "Letter"), and case management plan and scheduling order (the "Plan"), as set forth in the Court's order dated June 23, 2021 (the "Order"). Pursuant to the Court's Order, the parties were to submit the Letter and the Plan on July 7, 2021.

      Since the Court's Order, the parties have been engaging in productive settlement discussions, though the discussions were recently delayed by the parties' schedules and by the holiday weekend. At this point, however, a settlement does appear likely. In order to give the parties an opportunity to reach a negotiated resolution of their dispute, while at the same time avoiding unnecessary legal fees, the parties respectfully request a one-week adjournment of the time to file the Letter and Plan (i.e., an adjournment of the deadline to July 14, 2021).

      This is the parties' first request for such an adjournment. If a settlement is finalized prior to the adjournment date, the parties will file the appropriate stipulation(s) electronically via ECF.

      Thank you for your attention to this matter.

Respectfully,

*/s Michael A. Bedell*
Michael A. Bedell

cc: All parties via ECF